

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  )
  )  Chapter 13
  )  Case No. 03-18878CJK
JEAN MILES  )
Debtor.  )
  )

## DEBTOR'S NOTICE OF APPEAL

Jean Miles, the Debtor, by her counsel, hereby appeals under 28 U.S.C. §158(a) and (c) from the judgment, order, or decree of the bankruptcy judge entered on the 26th day of November, 2004, granting Beneficial Massachusetts Inc.'s Motion for Relief from Stay and finding that confirmation of Debtor's Chapter 13 plan did not affect the validity of the Beneficial's mortgage and from the judgment, order, or decree of the bankruptcy judge entered on 10th day of December 2004 in this bankruptcy proceeding denying Debtor's Motion for Reconsideration of the November 26, 2004 decision.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Beneficial Massachusetts Inc.
Attorneys:
Thomas E. Carlotto
Patricia A. Davis
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

Doreen B. Solomon
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313

Respectfully submitted,

Kimberly Breger, Esq. BBO #600925
Paul R. Collier, III, Esq. BBO #092040
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
617-390-2694

Dated: December 17, 2004

1