**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:   Jean Miles

Chapter 13
Bankruptcy Case 03-18878
Judge Robert Somma

FILED
IN CLERKS OFFICE
2005 JAN 31  A 7 56
U.S. DISTRICT COURT
DISTRICT OF MASS

**CLERK'S CERTIFICATION FOR TRANSMITTAL
OF RECORD ON APPEAL**

**05 CV 10226 WGY**

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered .

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT BOSTON , IN THE DISTRICT OF MASSACHUSETTS, THIS 21st DAY OF JANUARY .

Date: 1/21/05

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Maurene Mathers

Deputy Clerk
(617) 565- 5678

44

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _____ day of _____, _____.

This case has been assigned No._____.

_____
DEPUTY CLERK

APPEAL

FILED
IN CLERKS OFFICE

United States Bankruptcy Court
District of Massachusetts (Boston)
Bankruptcy Petition #: 03-18878

2005 JAN 31 A 9:36

U.S. DISTRICT COURT
DISTRICT OF MASS

*Assigned to:* Judge Robert Somma
Chapter 13
Voluntary
Asset

*Date Filed:* 10/23/2003

5CV 10226 WGY

**Jean Miles**
51 Caroline Dr.
Bellingham, MA 02019
SSN: xxx-xx-1100
*Debtor*

represented by **Tara Twomey**
Legal Services Center
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003

**John Fitzgerald**
Office of the US Trustee
10 Causeway Street
Boston, MA 02222
*Assistant U.S. Trustee*

**Doreen B. Solomon**
P. O. Box 8250
Boston, MA 02114
617-723-1313
*Trustee*

Certified to be a true and
correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: Maureen Mathus
Deputy Clerk
Date: January 21, 2005

| Filing Date | # | Docket Text |
|---|---|---|
| 10/23/2003 | 1 | Chapter 13 Voluntary Petition. Matrix Filed. Receipt Number 505507, Filing Fee in the Amount of $185 Filed by Jean Miles rep by Tara Twomey. (cb, usbc) (Entered: 10/23/2003) |
| 10/23/2003 |  | First Meeting of Creditors scheduled on 12/03/2003 at 12:00 PM at Room 255-A, 1101 Thomas P. O'Neill Federal Building. Proof of Claim due by 03/02/2004. (cb, usbc) (Entered: 10/23/2003) |
| 10/23/2003 | 2 | Order to Update . Atty Disclosure Statement due 11/7/2003. Chapter 13 Plan due by 11/7/2003. Schedules A-J due 11/7/2003. Statement of Financial Affairs due 11/7/2003. 13 Agreement due 11/7/2003. (cb, usbc) (Entered: 10/23/2003) |
| 10/27/2003 | 3 | Court's Notice of 341 sent. (admin, ) (Entered: 10/27/2003) |

| | | |
|---|---|---|
| 10/29/2003 | 4 | BNC Certificate of Mailing - Meeting of Creditors. Service Date 10/29/2003. (Related Doc # 3) (Admin.) (Entered: 10/30/2003) |
| 11/07/2003 | 5 | Schedules A-J . Filed by Debtor Jean Miles (mlm, ) (Entered: 11/12/2003) |
| 11/07/2003 | 6 | Statement of Financial Affairs. Filed by Debtor Jean Miles (mlm, ) (Entered: 11/12/2003) |
| 11/07/2003 | 7 | Disclosure of Compensation of Attorney Tara Twomey in the amount of $0.00 (mlm, ) (Entered: 11/12/2003) |
| 11/07/2003 | 8 | Chapter 13 Agreement between debtor and counsel. (mlm, ) (Entered: 11/12/2003) |
| 11/07/2003 | 9 | Chapter 13 Plan With service. Filed by Debtor Jean Miles (mlm, ) (Entered: 11/12/2003) |
| 12/03/2003 |   | Meeting of Creditors Held and Examination of Debtor . (mlm, ) (Entered: 12/04/2003) |
| 01/06/2004 |   | Ch 13 Proposed Confirmation Order . (mlm, ) (Entered: 01/07/2004) |
| 01/22/2004 | 10 | Order Dated 1/22/04 Confirming 9 Chapter 13 Plan filed by Debtor Jean Miles. (mlm, ) (Entered: 01/23/2004) |
| 01/25/2004 | 11 | BNC Certificate of Mailing - PDF Document. Service Date 01/25/2004. (Related Doc # 10) (Admin.) (Entered: 01/26/2004) |
| 04/01/2004 | 12 | Objection to Proof of Claim of Beneficial Finance Corporation Filed by Debtor Jean Miles. No C/S. (ymw, ) (Entered: 04/02/2004) |
| 04/01/2004 | 13 | Objection to Proof of Claim of Beneficial Finance Corporation Filed by Debtor Jean Miles. c/s (mlm, ) CORRECTIVE ENTRY: Duplicate of document #12. Please disregard. (mlm, ). (Entered: 04/02/2004) |
| 04/05/2004 | 14 | Hearing Scheduled for 6/3/2004 at 01:00 PM Boston Courtroom 4 - CJK RE: 12 Objection to Claim of Beneficial Finance Corporation filed by Debtor Jean Miles. Response due by 5/20/2004 at 04:30 PM. (rmb, usbc) (Entered: 04/05/2004) |
| 04/05/2004 | 15 | Court's Certificate of Mailing RE: 14 Hearing Scheduled. (rmb, usbc) (Entered: 04/05/2004) |
| 04/07/2004 | 16 | Certificate of Service by Kimberly Breger for Debtor of Hearing on 12 Objection to Claim of Beneficial Finance Corporation. (mlm, ) |

|            |     |                                                                                                                                                                                                                                                     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | (Entered: 04/08/2004)                                                                                                                                                                                                                               |
| 06/01/2004 | 17  | Endorsed Order Dated 6/1/04 RE: 12 Objection to Proof of Claim of Beneficial Finance Corporation Filed by Debtor Jean Miles. NO RESPONSIVE PLEADINE FILED. OBJECTION SUSTAINED. (mlm, ) (Entered: 06/02/2004)                                        |
| 06/04/2004 | 18  | BNC Certificate of Mailing - PDF Document. Service Date 06/04/2004. (Related Doc # 17) (Admin.) (Entered: 06/05/2004)                                                                                                                                |
| 06/29/2004 | 19  | Chapter 13 Trustee's Motion for Order Dismissing Case *c/s filed*. Objections due by 7/22/2004. (ZZ-Solomon, Doreen) (Entered: 06/29/2004)                                                                                                           |
| 07/12/2004 | 20  | Notice of Appearance and Request for Notice by Patricia A. Davis For Creditor Beneficial Massachusetts, Inc., (mlm, ) (Entered: 07/13/2004)                                                                                                          |
| 07/12/2004 | 21  | Motion for Relief from Stay Re: 51 Caroline Drive, Bellingham, MA, Filed by Creditor Beneficial Massachusetts, Inc. c/s Fee Amount $150 Objections due by 7/26/2004. (mlm, ) (Entered: 07/13/2004)                                                   |
| 07/20/2004 | 22  | Response by Debtor Jean Miles Re: 19 Chapter 13 Trustee's Motion for Order Dismissing Case. c/s (mlm, ) (Entered: 07/21/2004)                                                                                                                        |
| 07/23/2004 | 23  | Withdrawal *of Trustee's Motion to Dismiss Case and C/S* (RE: 19 Chapter 13 Trustee's Motion for Order Dismissing Case). Filed by Trustee Doreen B. Solomon (ZZ-Solomon, Doreen) (Entered: 07/23/2004)                                               |
| 07/27/2004 | 24  | Opposition by Debtor Jean Miles Re: 21 Motion for Relief from Stay Re: 51 Caroline Drive, Bellingham, MA, Filed by Creditor Beneficial Massachusetts, Inc. (mlm, ) (mlm, ) (Entered: 07/27/2004)                                                     |
| 07/27/2004 | 25  | Memorandum In Support Filed by Debtor Jean Miles Re: 24 Opposition by Debtor Jean Miles Re: 21 Motion for Relief from Stay Re: 51 Caroline Drive, Bellingham, MA, Filed by Creditor Beneficial Massachusetts, Inc. (mlm, ) (Entered: 07/27/2004)     |
| 07/27/2004 | 26  | Certificate of Service Re: 24 Opposition by Debtor Jean Miles Re: 21 Motion for Relief from Stay Re: 51 Caroline Drive, Bellingham, MA, Filed by Creditor Beneficial Massachusetts, Inc. and, 25 Memorandum in Support of 24 Opposition. Filed by Kimberly Breger. (mlm, ) (Entered: 07/27/2004) |
| 07/29/2004 | 27  | Notice of Waiver of Thirty (30) Day Hearing Provision under 11 U.S.C. sec. 362(e) regarding 21 Motion of Creditor Beneficial                                                                                                                         |

| | | |
|---|---|---|
| | | Massachusetts, Inc. for Relief From Stay. (aek, usbc) (Entered: 07/30/2004) |
| 08/04/2004 | ●28 | Hearing Scheduled for 8/19/2004 at 01:00 PM Boston Courtroom 3 - WCH RE: 21 Motion for Relief From Stay filed by Creditor Beneficial Massachusetts, Inc. (rmb, usbc) (Entered: 08/04/2004) |
| 08/04/2004 | ●29 | Court's Certificate of Mailing RE: 28 Hearing Scheduled. (rmb, usbc) (Entered: 08/04/2004) |
| 08/11/2004 | ●30 | Certificate of Service of Hearing Re: 21 Motion for Relief From Stay by Beneficial Massachusetts, Inc.. Filed by Robin Jean Carney. (mlm, ) (Entered: 08/16/2004) |
| 08/19/2004 | ●31 | Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. c/s (mlm, ) (Entered: 08/19/2004) |
| 08/19/2004 | ●35 | HILLMAN J. Order Dated 8/19/04 Regarding 21 Motion For Relief From Stay by Beneficial Massachusetts, Inc. CONTINUED TO HEARING ON MOTION RE VALIDITY OF LIEN. (mlm, ) (Entered: 08/23/2004) |
| 08/20/2004 | ●32 | Hearing Scheduled for 9/9/2004 at 01:00 PM Boston Courtroom 3 - WCH RE: 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. Objections due by 9/3/2004 at 04:30 PM. (rmb, usbc) (Entered: 08/20/2004) |
| 08/20/2004 | ●33 | Hearing Continued to 9/9/2004 at 01:00 PM Boston Courtroom 3 - WCH RE: 21 Motion for Relief from Stay Re: 51 Caroline Drive, Bellingham, MA Filed by Creditor Beneficial Massachusetts, Inc. (rmb, usbc) (Entered: 08/20/2004) |
| 08/20/2004 | ●34 | Court's Certificate of Mailing RE: 32 and 33 Hearings Scheduled. (rmb,usbc) (Entered: 08/20/2004) |
| 08/25/2004 | ●36 | BNC Certificate of Mailing - PDF Document. Service Date 08/25/2004. (Related Doc # 35) (Admin.) (Entered: 08/26/2004) |
| 08/30/2004 | ●37 | Expedited Joint Motion Filed by Creditor Beneficial Massachusetts, Inc., , Debtor Jean Miles to Continue Hearings on 21 Motion for Relief From Stay, 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed |

| | | |
|---|---|---|
| | | by Creditor Beneficial Massachusetts, Inc. c/s (mlm, ) (Entered: 08/30/2004) |
| 08/30/2004 | 38 | HILLMAN J. Endorsed Order Dated 8/30/04 Regarding 37 Expedited Joint Motion Filed by Creditor Beneficial Massachusetts, Inc., , Debtor Jean Miles to Continue Hearings on 21 Motion for Relief From Stay, 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. ALLOWED. THE HEARINGS ON THE MOTION ARE CONTINUED TO OCTOBER 14, 2004 AT 1:00 P.M. AND THE RESPONSE DEADLINE SHALL BE OCTOBER 8, 2004. (mlm, ) (Entered: 08/31/2004) |
| 08/30/2004 | 39 | Certificate of Service of Hearing Re: 21 Motion for Relief From Stay Re: 51 Caroline Drive, Bellingham, MA, Filed by Creditor Beneficial Massachusetts, Inc. Filed by Robin Jean Carney. (mlm, ) (Entered: 09/01/2004) |
| 08/30/2004 | 40 | Certificate of Service of Hearing Re: 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. Filed by Robin Jean Carney. (mlm, ) (Entered: 09/01/2004) |
| 09/02/2004 | 41 | BNC Certificate of Mailing - PDF Document. Service Date 09/02/2004. (Related Doc # 38) (Admin.) (Entered: 09/03/2004) |
| 09/27/2004 | 42 | Chapter 13 Trustee's Motion for Order Dismissing Case *and Notice of Objections/Responses with Certificate of Service*. Objections due by 10/20/2004. (ZZ-Solomon, Doreen) (Entered: 09/27/2004) |
| 10/08/2004 | 43 | Opposition by Debtor Jean Miles Re: 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. c/s (mlm, ) (Entered: 10/12/2004) |
| 10/14/2004 | | Hearing Held RE: 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. and, 21 Motion for Relief From Stay filed by Creditor Beneficial Massachusetts, Inc., (mlm, ) (Entered: 10/15/2004) |
| 10/14/2004 | 44 | HILLMAN J. Order Dated 10/14/04 Regarding 21 Motion For Relief From Stay Re: 51 Caroline Drive, Bellingham, MA, Filed by Creditor Beneficial Massachusetts, Inc. TAKEN UNDER ADVISEMENT. |

| | | |
|---|---|---|
| | | #21 30 DAYS WAIVED. (mlm, ) (Entered: 10/15/2004) |
| 10/14/2004 | 45 | HILLMAN J. Order Dated 10/14/04 Regarding 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. TAKEN UNDER ADVISEMENT. (mlm, ) (Entered: 10/15/2004) |
| 10/17/2004 | 48 | BNC Certificate of Mailing - PDF Document. Service Date 10/17/2004. (Related Doc # 44) (Admin.) (Entered: 10/21/2004) |
| 10/17/2004 | 49 | BNC Certificate of Mailing - PDF Document. Service Date 10/17/2004. (Related Doc # 45) (Admin.) (Entered: 10/21/2004) |
| 10/19/2004 | 46 | Response by Debtor Jean Miles Re: 42 Chapter 13 Trustee's Motion for Order Dismissing Case. c/s (mlm, ) (Entered: 10/20/2004) |
| 10/20/2004 | 47 | Hearing Scheduled for 11/18/2004 at 01:00 PM Boston Courtroom 3 - WCH RE: 42 Chapter 13 Trustee's Motion for Order Dismissing Case. (rmb, usbc) (Entered: 10/20/2004) |
| 10/22/2004 | 50 | Certificate of Service of Notice of Hearing (Re: 42 Chapter 13 Trustee's Motion for Order Dismissing Case). Filed by Trustee Doreen B. Solomon (ZZ-Solomon, Doreen) (Entered: 10/22/2004) |
| 10/22/2004 | 51 | Supplemental Opposition by Debtor Jean Miles to 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. (ymw, ) (Entered: 10/22/2004) |
| 10/22/2004 | 52 | Motion Filed by Debtor Jean Miles for Leave to Submit Supplemental Memorandum of Law RE: 51 Supplemental Opposition by Debtor Jean Miles to 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. (ymw, ) (Entered: 10/22/2004) |
| 10/22/2004 | 53 | Certificate of Service Filed by Kimberly Breger Re: 51 Supplemental Opposition by Debtor Jean Miles to 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. and 52 Motion Filed by Debtor Jean Miles for Leave to Submit Supplemental Memorandum of Law. (ymw, ) (Entered: 10/22/2004) |
| | | |

| | | |
|---|---|---|
| 10/22/2004 | 🌐54 | BNC Certificate of Mailing - Hearing. Service Date 10/22/2004. (Related Doc # 47) (Admin.) (Entered: 10/23/2004) |
| 10/22/2004 | 🌐55 | HILLMAN J. Endorsed Order Dated 10/22/04 Regarding 52 Motion Filed by Debtor Jean Miles for Leave to Submit Supplemental Memorandum of Law RE: 51 Supplemental Opposition by Debtor Jean Miles to 31 Motion For Post Confirmation Relief To Determine The Validity of Movant's Lien, or Alternatively, For An Order Vacating The Confirmation Order Entered In This Matter Filed by Creditor Beneficial Massachusetts, Inc. ALLOWED. (mlm, ) (Entered: 10/25/2004) |
| 10/27/2004 | 🌐56 | BNC Certificate of Mailing - PDF Document. RE: 55 Order on Motion for Approval, Service Date 10/27/2004. (Admin.) (Entered: 10/28/2004) |
| 11/15/2004 | 🌐57 | Joint Notice of Transfer of Claim Pursuant To FRBP Rule 3001(e)(2) and Waiver of Opportunity To Object by eCAST Settlement Corporation For the claim of Household Finance Company/Beneficial National Bank In the amount of $9,956.07. (mlm, ) (Entered: 11/16/2004) |
| 11/18/2004 | 🌐 | Hearing Held RE: 42 Chapter 13 Trustee's Motion for Order Dismissing Case (mlm, ) (Entered: 11/19/2004) |
| 11/18/2004 | 🌐58 | HILLMAN J. Order Dated 11/18/04 Regarding 42 Motion to Dismiss Case by Chapter 13 Trustee. WITHDRAWN IN OPEN COURT. (mlm, ) (Entered: 11/19/2004) |
| 11/21/2004 | 🌐59 | BNC Certificate of Mailing - PDF Document. RE: 58 Order on Motion to Dismiss Case Service Date 11/21/2004. (Admin.) (Entered: 11/22/2004) |
| 11/24/2004 | 🌐60 | HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. FOR THE REASONS SET FORTH IN THE SEPARATE MEMORANDUM OF DECISION ISSUED TODAY, I HEREBY ORDER AS FOLLOWS: 1. THE MOTION OF BENEFICIAL MASSACHUSETTS, INC. ("BENEFICIAL") FOR POSTCONFIRMATION RELIEF OF DETERMINATION THE VALIDITY OF MOVANT'S LIEN OR, ALTERNATIVELY, FOR AN ORDER VACATING THE CONFIRMATION ORDER ENTERED IN THIS MATTER IS ALLOWED AS FOLLOWS: CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN DID NOT AFFECT THE VALIDITY OF BENEFICIAL'S MORTGAGE; AND 2. |

|            |     |                                                                                                                                                                                                                                                                     |
| ---------- | --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            |     | BENEFICIAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY IS ALLOWED: BENEFICIAL IS GRANTED RELIEF FROM THE AUTOMATIC STAY TO EXERCISE ITS NON-BANKRUPTCY RIGHTS AND REMEDIES AGAINST THE DEBTOR AND THE PROPERTY. (mlm, ) (Entered: 11/26/2004) |
| 11/24/2004 | 61  | HILLMAN J. Memorandum of Decision Dated 11/24/04 On 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay.. (mlm, ) (Entered: 11/26/2004) |
| 11/28/2004 | 62  | BNC Certificate of Mailing - PDF Document. RE: 60 Order on Motion For Relief From Stay, , , , , Order on Generic Motion, , , , Service Date 11/28/2004. (Admin.) (Entered: 11/29/2004) |
| 11/28/2004 | 63  | BNC Certificate of Mailing - PDF Document. RE: 61 Memorandum of Decision, Service Date 11/28/2004. (Admin.) (Entered: 11/29/2004) |
| 12/03/2004 | 64  | 435 (Validity/Priority/Extent Lien): Complaint by Jean Miles against Beneficial Massachusetts, Inc.. (cb, usbc) (Entered: 12/03/2004) |
| 12/03/2004 | 65  | Motion Filed by Debtor Jean Miles For Reconsideration of 60 HILLMAN J. Order Dated 11/24/04 Regarding 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay and Requesting Leave To Object to Secured Proof of Claim. c/s (mlm, ) (Entered: 12/06/2004) |
| 12/03/2004 | 66  | Affidavit of Kimberly Breger In Support of 65 Motion Filed by Debtor Jean Miles For Reconsideration of 60 HILLMAN J. Order Dated 11/24/04 Regarding 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay and Requesting Leave To Object to Secured Proof of Claim. c/s (mlm, ) (Entered: 12/06/2004) |
| 12/09/2004 | 67  | HILLMAN J. Endorsed Order Dated 12/9/04 Regarding 65 Motion Filed by Debtor Jean Miles For Reconsideration of 60 HILLMAN J. Order Dated 11/24/04 Regarding 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay and Requesting Leave To Object to Secured Proof of Claim. DENIED. (mlm, ) (Entered: 12/10/2004) |
| 12/12/2004 | 68  | BNC Certificate of Mailing - PDF Document. RE: 67 Order on Motion for Leave to File, , Order on Motion To Reconsider, Service Date 12/12/2004. (Admin.) (Entered: 12/13/2004) |
|            |     |                                                                                                                                                                                                                                                                     |

| | | |
|---|---|---|
| 12/16/2004 | ●83 | Transcript of Hearing Held 10/14/2004 RE: 21 Motion for Relief From Stay filed by Creditor Beneficial Massachusetts, Inc.,, 31 Motion Filed by Creditor Beneficial Massachusetts, Inc. for Post-Confirmation Relief To Determine the Validity of Movant's Lien, or, Alternatively, For an Order Vacating the Confirmation Order Entered in this Matter. (mjt, usbc) (Entered: 01/03/2005) |
| 12/17/2004 | ●69 | Notice of Appeal . Fee Amount $250.00 Filed by Debtor Jean Miles RE: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. Appellant Designation due by 12/27/2004. Complied Records Due by 1/11/2005. Transmission of Designation Due by 1/18/2005. (mlm, ) (Entered: 12/20/2004) |
| 12/17/2004 | ●71 | Motion filed by Debtor Jean Miles For Stay Pending Appeal Re: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. c/s (mlm, ) (Entered: 12/20/2004) |
| 12/20/2004 | ●70 | Clerk's Notice of Fees Due Fee due by 12/30/2004. RE: 69 Notice of Appeal . Fee Amount $250.00 Filed by Debtor Jean Miles RE: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. (mlm, ) (Entered: 12/20/2004) |
| 12/20/2004 | ●72 | Notice of Appeal to Bankruptcy Appellate Panel RE: 69 Notice of Appeal filed by Debtor Jean Miles RE: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. (mlm, ) (Entered: 12/20/2004) |
| 12/20/2004 | ● | Receipt Number 00521383, Fee Amount $250.00 RE: 70 Clerk's Notice of Fees Due on 69 Notice of Appeal Filed by Debtor Jean Miles. (ymw, ) (Entered: 01/04/2005) |
| 12/21/2004 | ●73 | Hearing Scheduled for 12/23/2004 at 01:00 PM Boston Courtroom 3 - WCH RE: 71 Motion To Stay Pending Appeal filed by Debtor Jean Miles. *Telephonic notice of hearing given to K. Breger. (rmb, usbc) |

| | | |
|---|---|---|
| | | (Entered: 12/21/2004) |
| 12/21/2004 | 74 | Court's Certificate of Mailing RE: 73 Hearing Scheduled. (rmb, usbc) (Entered: 12/21/2004) |
| 12/22/2004 | 78 | Certificate of Service of Notice of Hearing Re: 71 Motion filed by Debtor Jean Miles For Stay Pending Appeal Re: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. filed by Kimberly Breger. (mlm, ) (Entered: 12/28/2004) |
| 12/23/2004 | 75 | Motion by Creditor Beneficial Massachusetts, Inc. to Continue Hearing (of 12/23/2004) On 71 Motion For Stay Pending Appeal. C/S (ndl, ) (Entered: 12/23/2004) |
| 12/23/2004 | 76 | HILLMAN J. Endorsed Order Dated 12/23/04 Regarding 75 Motion by Creditor Beneficial Massachusetts, Inc. to Continue Hearing (of 12/23/2004) On 71 Motion For Stay Pending Appeal. ALLOWED. THE COURT WILL RESCHEDULE THE MATTER. (mlm, ) (Entered: 12/28/2004) |
| 12/28/2004 | 77 | Transmittal to BAP RE: 69 Notice of Appeal Filed by Debtor Jean Miles RE: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. (mlm, ) (Entered: 12/28/2004) |
| 12/28/2004 | 79 | Statement of Issues, Filed by Debtor Jean Miles RE: 69 Notice of Appeal . Fee Amount $250.00 Filed by Debtor Jean Miles RE: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. (mlm, ) (Entered: 12/28/2004) |
| 12/28/2004 | 80 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtor Jean Miles RE: 69 Notice of Appeal . Fee Amount $250.00 Filed by Debtor Jean Miles RE: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial |

| | | |
|---|---|---|
| | | Massachusetts, Inc. For Relief From Stay. (mlm, ) (Entered: 12/28/2004) |
| 12/28/2004 | ●81 | Certificate of Service Re: 79 Statement of Issues, anf, 80 Appellant Designation. filed by Kimberly Breger. (mlm, ) (Entered: 12/28/2004) |
| 12/30/2004 | ●82 | BNC Certificate of Mailing - PDF Document. RE: 76 Order on Motion to Continue/Cancel Hearing Service Date 12/30/2004. (Admin.) (Entered: 12/31/2004) |
| 12/31/2004 | ● | Case Assigned to Judge Robert Somma. (admin, ) (Entered: 12/31/2004) |
| 01/06/2005 | ●84 | Hearing Rescheduled to 1/13/2005 at 12:00 PM Boston Courtroom 3 - WCH RE: 71 Motion filed by Debtor Jean Miles For Stay Pending Appeal. (rmb, usbc) (Entered: 01/06/2005) |
| 01/06/2005 | ●85 | Court's Certificate of Mailing RE: 84 Hearing Scheduled. (rmb, usbc) (Entered: 01/06/2005) |
| 01/06/2005 | ●86 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Creditor Beneficial Massachusetts, Inc., (RE: 69 Notice of Appeal,, ). (Davis, Patricia) (Entered: 01/06/2005) |
| 01/11/2005 | ●87 | Objection by Creditor Beneficial Massachusetts, Inc., Re: 71 Motion To Stay Pending Appeal by Debtor Re: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay.) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Davis, Patricia). CORRECTIVE ENTRY: Edited to more accurately reflect text. Modified on 1/12/2005 (mlm, ). (Entered: 01/11/2005) |
| 01/11/2005 | ●89 | Amended 80 Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtor Jean Miles RE: 69 Notice of Appeal Filed by Debtor Jean Miles RE: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. (mlm, ) (Entered: 01/12/2005) |
| 01/12/2005 | ●88 | Certificate of Service (Re: 87 Objection by Creditor Beneficial Massachusetts, Inc., Re: 71 Motion To Stay Pending Appeal by Debtor Re: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To |

| | | |
|---|---|---|
| | | Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay.). filed by Creditor Beneficial Massachusetts, Inc., (Davis, Patricia). CORRECTIVE ENTRY: Edited to more accurately reflect text. Modified on 1/12/2005 (mlm, ). (Entered: 01/12/2005) |
| 01/13/2005 | 90 | Election of Appeal to District Court Filed by Creditor Beneficial Massachusetts, Inc., (RE: 69 Notice of Appeal,, ). (Davis, Patricia) (Entered: 01/13/2005) |
| 01/13/2005 | | Hearing Held RE: 71 Motion filed by Debtor Jean Miles For Stay Pending Appeal Re: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. (mlm, ) (Entered: 01/13/2005) |
| 01/13/2005 | 91 | HILLMAN J. Order Dated 1/13/05 Regarding 71 Motion filed by Debtor Jean Miles For Stay Pending Appeal Re: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. DENIED. (mlm, ) (Entered: 01/13/2005) |
| 01/15/2005 | 92 | BNC Certificate of Mailing - PDF Document. RE: 91 Order on Motion To Stay Pending Appeal, Service Date 01/15/2005. (Admin.) (Entered: 01/16/2005) |
| 01/19/2005 | 93 | Order From Bankruptcy Appellate Panel Dated 1/18/05 For Transfer of Appeal To U.S. District Court RE: 69 Notice of Appeal Filed by Debtor Jean Miles RE: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay. (mlm, ) (Entered: 01/21/2005) |
| 01/21/2005 | 94 | Transmittal of Record on Appeal to U.S. District Court RE: 69 Notice of Appeal Filed by Debtor Jean Miles RE: 60 HILLMAN J. Order Dated 11/24/04 Regarding 31 Motion of Beneficial Massachusetts For Post Confirmation Relief To Determine The Validity of Movant's Lien Or, Alternatively For an Order Vacating the Confirmation Order and on 21 Motion of Beneficial Massachusetts, Inc. For Relief From Stay (mlm, ) (Entered: 01/21/2005) |