# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action<br>No: <u>05-10226-WGY</u>

<u>In Re:</u> <u>JEAN MILES</u>

## <u>ORDER</u>

**YOUNG, C.J.**

    A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above captioned matter on <u>January 31, 2005.</u>

    IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before <u>February 22, 2005</u> and Appellee's brief shall be filed on or before <u>March 09, 2005</u>. The Appellant may file and serve a reply brief on or before <u>April 4, 2005</u> Oral argument on the above captioned appeal will be held on <u>April 7, 2005 at 2:00 p.m.,</u>

    Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,<br><br>/s/ Marie Bell<br><b>Deputy Clerk</b>

**February 11, 2005**