UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

_____
                              |
Jean Miles,                   |
    Appellant         |
v.                            |
                              |   Case No. 1:05-cv-10226-WGY
Beneficial Massachusetts,     |
    Appellee          |
                              |
                              |
_____|

**EMERGENCY JOINT MOTION TO EXTEND DEADLINES FOR FILING BRIEFS**

Now come the Appellant, Jean Miles, and Appellee, Beneficial Massachusetts, by their undersigned attorneys, and hereby request that this Honorable Court extend the deadlines for filing Briefs.

As grounds for this Joint Motion, the parties state as follows:

    1.    On or about February 11, 2005, this Honorable Court issued a Scheduling Order, indicating the deadlines for the filing of Briefs and setting the date for Oral Argument. Pursuant to this Scheduling Order, Appellant's Brief is due by February 22, 2005, Appellee's Brief is due by March 9, 2005, and Appellant's Reply Brief is due by April 4, 2005. Oral Argument was Scheduled for April 7, 2005.

    2.    On or about February 18, 2005, this Honorable Court issued a Notice of Rescheduling Hearing on Bankruptcy Appeal and set Oral Argument for April 26, 2005.

3. This Court further indicated counsel for the parties could submit a motion seeking to extend the deadlines for filing of Briefs.

4. Counsel for the parties thus submits this Motion to Extend the Deadlines for Filing Briefs and proposes the following briefing schedule:

    i. Appellant Brief due by March 2, 2005

    ii. Appellee Brief due by March 23, 2005

    iii. Appellant Reply Brief due by April 13, 2005

WHEREFORE, the parties respectfully request that this Court grant the within Motion and extend the deadlines for filing Briefs.

Respectfully Submitted,

| | |
|---|---|
| Jean Miles, | Beneficial Massachusetts |
| By her attorney | By its attorney |
| | |
| _____/s/_____ | _____/s/_____ |
| Kimberly Breger, Esq. (BBO #600925) | Thomas Carlotto, Esq. (BBO #640277) |
| | Patricia Davis, Esq. (BBO # 556262) |
| Legal Services Center of | Shechtman Halperin Savage, LLP |
|     Harvard Law School | 86 Weybosset Street |
| 122 Boylston Street | Providence, RI  02903 |
| Jamaica Plain, MA  02130 | (401) 272-1400 |
| (617) 390-2694 | |

Dated: February 18, 2005