UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| Jean Miles,<br>    Appellant<br>v.<br><br>Beneficial Massachusetts,<br>    Appellee | Case No. 1:05-cv-10226-WGY |

**EMERGENCY JOINT MOTION TO EXTEND DEADLINES FOR FILING BRIEFS**

Now come the Appellant, Jean Miles, and Appellee, Beneficial Massachusetts, by their undersigned attorneys, and hereby request that this Honorable Court extend the deadlines for filing Briefs.

As grounds for this Joint Motion, the parties state as follows:

1. On or about February 11, 2005, this Honorable Court issued a Scheduling Order, indicating the deadlines for the filing of Briefs and setting the date for Oral Argument. Pursuant to this Scheduling Order, Appellant's Brief is due by February 22, 2005, Appellee's Brief is due by March 9, 2005, and Appellant's Reply Brief is due by April 4, 2005. Oral Argument was Scheduled for April 7, 2005.

2. On or about February 18, 2005, this Honorable Court issued a Notice of Rescheduling Hearing on Bankruptcy Appeal and set Oral Argument for April 26, 2005.

3.  This Court further indicated counsel for the parties could submit a motion seeking to extend the deadlines for filing of Briefs.

4.  Counsel for the parties thus submits this Motion to Extend the Deadlines for Filing Briefs and proposes the following briefing schedule:

    i.   Appellant Brief due by March 2, 2005

    ii.  Appellee Brief due by March 23, 2005

    iii. Appellant Reply Brief due by April 13, 2005

WHEREFORE, the parties respectfully request that this Court grant the within Motion and extend the deadlines for filing Briefs.

Respectfully Submitted,


Jean Miles,  
By her attorney

_____/s/_____  
Kimberly Breger, Esq. (BBO #600925)

Legal Services Center of  
    Harvard Law School  
122 Boylston Street  
Jamaica Plain, MA 02130  
(617) 390-2694

Beneficial Massachusetts  
By its attorney

_____/s/_____  
Thomas Carlotto, Esq. (BBO #640277)  
Patricia Davis, Esq. (BBO # 556262)  
Shechtman Halperin Savage, LLP  
86 Weybosset Street  
Providence, RI 02903  
(401) 272-1400

Dated: February 18, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| Jean Miles,<br>    Appellant<br><br>v.<br><br>Beneficial Massachusetts,<br>    Appellee | Case No. 1:05-cv-10226-WGY |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2005, I served the Joint Motion to Extend Deadlines for Filing Briefs on the party listed below by facsimile.

Thomas Carlotto, Esq.
Schechtman Halperin and Savage
86 Weybosset Street
Providence, RI 02903
(401) 272-1403

                                     Jean Miles
                                          By her attorney,

                                        _____/s/_____
                                        Kimberly Breger, Esq.
                                        BBO# 600925
                                        Legal Services Center
                                        of Harvard Law School
                                        122 Boylston Street
                                        Jamaica Plain, MA  02130
                                        (617) 390-2694