**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN MIMES<br>    Appellant<br>v.<br><br>BENEFICIAL MASSACHUSETTS, INC.<br>    Appellee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:05-cv-10226-WGY |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned counsel ("Counsel"), Paul Collier, hereby enters an appearance in the above-captioned case on behalf of Jean Miles. Counsel requests that his name be added to the mailing list maintained by the Clerk in the above-captioned case and that all notices given and all papers served on any party or filed with the Court in the above-captioned case be given to and served upon Counsel at the address set forth below.

Please take further notice that the foregoing request includes all of the notices and papers referred to in the Rules of Civil Procedure, United States Code, and Local District Court Rules, and also includes, without limitation, notices of any order, pleadings, motions, applications, complaints, hearings, requests or petitions, answering or reply papers, memorandum and briefs in support of any of the foregoing, and any other document therein, whether formal or informal, whether written transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, all of which should be sent to

Counsel at the Law Office of Paul Collier, 675 Massachusetts Ave., 12th Floor,

Cambridge, MA 02139.

/s/ Kimberly Breger
Kimberly Breger, Esq.
BBO# 600925
Legal Services Center
of Harvard Law School
122 Boylston Street
Jamaica Plain, MA   02130
(617) 390-2694

/s/ Paul Collier (with permission)
Paul Collier, III
BBO# 092040
Law Office of Paul Collier
675 Massachusetts Ave.
12th Floor
Cambridge, MA 02139

Dated: April 22, 2005

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2005, I electronically served the Entry of Appearance. The following participants have received notice electronically:

**Thomas E. Carlotto, Esq.**
**Patricia Davis, Esq.**
Schechtman Halperin and Savage
86 Weybosset Street
Providence, RI 02903

/s/ Kimberly Breger
Kimberly Breger, Esq.
BBO# 600925
Legal Services Center
of Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130
(617) 390-2694