## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **JEAN MILES.**<br>**Plaintiff** | Civil Action<br>No: 05-10226-WGY |
| v. |  |
| **BENEFICIAL MASSACHUSETTS**<br>**Defendant** |  |

## ORDER FOR STAY AND CLOSURE

**YOUNG, C.J.**

     The Court Orders the stay reinstated and in order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is CLOSED without entry of judgment. All material statutes of limitation are tolled as of the date of the filing of the complaint herein as to all matters raised therein. This closure is without prejudice to either party moving to restore it to the docket upon completion/termination of all bankruptcy proceedings, if any further action is required.

                                      By the Court,

April 27, 2005                                                      /s/ **Elizabeth Smith**
                                                                                  **Deputy Clerk**