```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 05-10226-WGY

 4

 5    * * * * * * * * * * * * * * * *
                                     *
 6    JEAN MILES,                    *
                                     *
 7           Appellant,              *
      v.                             *      HEARING
 8                                   *
      BENEFICIAL MASSACHUSETTS, INC.,*
 9                                   *
             Appellee.               *
10                                   *
      * * * * * * * * * * * * * * * *

11

12             BEFORE:  The Honorable William G. Young,
                              District Judge
13

14
      APPEARANCES:
15

16          PAUL R. COLLIER, III, ESQ., Central Plaza
      Building, 675 Massachusetts Avenue, 12th Floor,
17    Cambridge, Massachusetts 02139
             - and -
18          KIMBERLY D. BREGER, ESQ., Hale & Dorr Legal
      Services Center of Harvard Law School, 122
19    Boylston Street, Jamaica Plain, Massachusetts
      02130, on behalf of the Appellant
20
            SHECHTMAN HALPERIN SAVAGE, LLP (By Patricia
21    A. Davis, Esq.), 86 Weybosett Street, Providence,,
      Rhode Island 02903, on behalf of the Appellee
22

23                                       1 Courthouse Way
                                         Boston, Massachusetts
24
                                         April 26, 2005
25
```