UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Jean Miles )<br>　　Debtor )<br> )<br> )<br>Jean Miles )<br>　Plaintiff )<br> )<br>vs. )<br> )<br>Beneficial Massachusetts, Inc. )<br>　Defendant )<br> ) | Civil Action No. 05-10226-WGY |

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS

Notice is hereby given that Beneficial Massachusetts, Inc., hereby appeals to the United States Court of Appeals for the First Circuit the final order of the United States District Court for the District of Massachusetts entered in this case on April 27, 2005 and entitled the Order For Stay and Closure.

The parties to the order appealed from and names and addresses of its counsel are as follows:

Plaintiff,
Jean Miles

        Represented by:
        Kimberly D. Breger, Esq.
        Hale & Dorr Legal Services Center
        of Harvard Law School
        122 Boylston Street
        Jamaica Plan, MA  02130

     and

        Paul R. Collier, III, Esq.
        Central Plaza Building
        675 Massachusetts Avenue, 12th Floor
        Cambridge, MA  02139

Defendant,
Beneficial Massachusetts, Inc.

Represented by:
Thomas E. Carlotto, Esq.
Ann E. O'Donnell, Esq.
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI  02903

Beneficial Massachusetts, Inc.
By its Attorneys,

/s/ Thomas E. Carlotto
Thomas E. Carlotto (BBO# 640277)
Ann E. O'Donnell (BBO# 560595)
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903
(401) 272-1400 phone
(401) 272-1403 fax

Dated:  May 25, 2005

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on May 26, 2005, a copy of the Notice of Appeal filed by Beneficial Massachusetts Inc. was served via electronic notice to the following parties:

Kimberly D. Breger, Esq.
Hale & Dorr Legal Services Center
of Harvard Law School
122 Boylston Street
Jamaica Plan, MA  02130

Paul R. Collier, III, Esq.
Central Plaza Building
675 Massachusetts Avenue, 12th Floor
Cambridge, MA  02139

                                                    /s/ Robin Jean Carney