UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10226

Jean Miles

v.

Beneficial Massachusetts, Inc.

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I copies of original electronic pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/26/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 9, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/10/05 .

/s/ R Buchase
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10226-WGY

Jean Miles v. Beneficial Massachusetts  
Assigned to: Chief Judge William G. Young  
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 01/31/2005  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

**Appellant**

**Jean Miles**      represented by **Kimberly D. Breger**  
Hale & Dorr Legal Services Center of Harvard Law School  
122 Boylston Street  
Jamaica Plain, MA 02130  
617-390-2694  
Fax: 617-522-0715  
Email: kbreger@law.harvard.edu  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Paul R. Collier, III**  
Central Plaza Building  
675 Massachusetts Ave  
12th Floor  
Cambridge, MA 02139  
617-441-3300  
Fax: 617-441-3300  
Email: collier@law.harvard.edu

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Appellee**

| | | |
|---|---|---|
| **Beneficial Massachusetts, Inc.** | represented by | **Patricia A. Davis**<br>Shechtman Halperin Savage, LLP<br>86 Weybosset Street<br>Providence, RI 02903<br>401-272-1400<br>Fax: 401-272-1403<br>Email: pdavis@shlawri.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED*<br><br>**Thomas E. Carlotto**<br>Shechtman, Halperin, Savage, LLP<br>86 Weybosset Street<br>Providence, RI 02903<br>401-272-1400<br>Fax: 401-272-1403<br>Email: tec@shlawri.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2005 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT, filed by Jean Miles.(Gawlik, Cathy) (Entered: 02/04/2005) |

| | | |
|---|---|---|
| 01/31/2005 | 2 | Bankruptcy Record Received: 1 Bankruptcy Appeal (Gawlik, Cathy) (Entered: 02/04/2005) |
| 02/11/2005 | 3 | Bankruptcy Scheduling Order Appellant Brief due by 2/22/2005. Appellee Brief due by 3/9/2005. Appellant Reply Brief due by 4/4/2005. Oral Argument will be held on April 7, 2005 at 2:00 p.m., Courtroom 18 on the 5th Floor. cc/cl.(Bell, Marie) (Entered: 02/11/2005) |
| 02/18/2005 | | NOTICE OF RESCHEDULING HEARING ON THE BANKRUPTCY APPEAL Hearing RESET for 4/26/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. If counsel wish to extend the deadlines for filing the briefs, the court will entertain a motion. No briefs are to be filed later than April 13, 2005.(Smith, Bonnie) (Entered: 02/18/2005) |
| 02/18/2005 | 4 | Emergency MOTION to Continue Deadline for filing briefs to 3/2/05 *for Appellant, 3/23/05 for Appellee and 4/13/05 for reply brief* by Jean Miles, Beneficial Massachusetts, Inc..(Breger, Kimberly) (Entered: 02/18/2005) |
| 02/18/2005 | 5 | MOTION for Extension of Time for filing of briefs by Jean Miles, Beneficial Massachusetts, Inc..(Smith, Bonnie) (Entered: 02/22/2005) |
| 02/22/2005 | | Judge William G. Young : Electronic ORDER entered. re 5 MOTION for Extension of Time filed by Jean Miles,, Beneficial Massachusetts, Inc., Motion is ALLOWED Appellant Brief due by 3/2/2005. Appellee Brief due by 3/23/2005 Appellant Reply Brief due by 4/13/2005. Argument on Bankruptcy Appeal set for 4/26/2005 02:00 PM in Courtroom 22 before Chief Judge William G. Young.(Smith, Bonnie) (Entered: 02/22/2005) |
| 03/02/2005 | 6 | Appellant's BRIEF by Jean Miles. Appellee Brief due by 3/23/2005. (Attachments: # 1 Supplement |

| | | |
|---|---|---|
| | | Unpublished Decision)(Breger, Kimberly) (Entered: 03/02/2005) |
| 03/23/2005 | 7 | Appellee's BRIEF by Beneficial Massachusetts, Inc.. Appellant Reply Brief due by 4/13/2005. (Carlotto, Thomas) (Entered: 03/23/2005) |
| 04/13/2005 | 8 | Appellant's REPLY BRIEF by Jean Miles. (Attachments: # 1 certificate of service)(Breger, Kimberly) (Entered: 04/13/2005) |
| 04/22/2005 | 9 | NOTICE of Appearance by Kimberly D. Breger on behalf of Jean Miles (Breger, Kimberly) (Entered: 04/22/2005) |
| 04/26/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Argument on Bankruptcy Appeal held on 4/26/2005. After hearing the Court reinstates the stay and orders the case administratively closed. The case may be reopened upon motion of either party upon the conclusion of the adversary proceeding in the bankruptcy court. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 04/27/2005) |
| 04/27/2005 | 10 | Judge William G. Young : ORDER for Stay and Closure entered. (Smith, Bonnie) (Entered: 04/27/2005) |
| 04/27/2005 | | Civil Case Terminated. (Smith, Bonnie) (Entered: 04/27/2005) |
| 05/03/2005 | 11 | TRANSCRIPT of Proceedings held on 4/26/05 before Judge YOUNG. Court Reporter: WOMACK. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 05/03/2005) |
| 05/26/2005 | 12 | NOTICE OF APPEAL to the Federal Circuit as to 10 Order by Beneficial Massachusetts, Inc.. Filing fee $ 255. Appeal Record due by 6/15/2005. (Carlotto, |

| | | Thomas) (Entered: 05/26/2005) | |