UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN MILES           )<br>    Appellant     )<br>                            )<br>v.                          )  Case No. 1:05-cv-10226-WGY<br>                            )<br>BENEFICIAL MASSACHUSETTS INC.  )<br>    Appellee      ) | |

BENEFICIAL MASSACHUSETTS, INC.'S
DESIGNATION OF THE RECORD ON APPEAL

1.   Honorable William G. Young's Order for Stay and Closure, dated April 27, 2005.

2.   Transcript of Hearing held before Honorable William G. Young, dated April 26, 2005.


Respectfully submitted,
Beneficial Massachusetts, Inc.
By its Attorneys,

/s/ Thomas E. Carlotto
Thomas E. Carlotto (BBO# 640277)
Ann E. O'Donnell (BBO# 560595)
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903
(401) 272-1400 phone
(401) 272-1403 fax

Dated:  June 30, 2005

1

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 1, 2005, copies of Beneficial Massachusetts Inc.'s Designation of the Record on Appeal were served via electronic notice to the following parties:

Kimberly Breger, Esq.
Legal Services Center of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130
Appellant's counsel

Paul Collier, Esq.
Law Offices of Paul Collier
675 Massachusetts Avenue
Cambridge, MA  02139
Appellant's counsel

/s/ Robin Jean Carney