# United States Court of Appeals
## For the First Circuit



No. 05-1892

IN RE: JEAN MILES,

Debtor,

JEAN MILES,

Debtor, Appellee,

vs.

BENEFICIAL MASSACHUSETTS, INC.,

Creditor, Appellant.

---

**JUDGMENT**

Entered: February 7, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed. Costs to appellees.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ Deputy Clerk

Date: 3/1/06

By the Court:

RICHARD CUSHING DONOVAN

_____
Richard Cushing Donovan, Clerk

[cc: Mr. Breger, Mr. Collier, Mr. Davis, Mr. O'Donnell, and Mr. Carlotto.]